**KUTAK ROCK LLP**
Michael A. Condyles  (VSB No. 27807)
Jeremy S. Williams  (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, Virginia 23219
(804) 644-1700
  *Counsel to Robert Ogden Tyler, Trustee*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| IN RE: MEGAN ELAINE SMITH LANGLEY, | Case No. 12-10097-BFK |
|  | Chapter 7 |
| Debtor. | |

### ORDER APPROVING AGREEMENT
### WITH WELLS FARGO BANK, NATIONAL ASSOCIATION

THIS MATTER comes before the Court upon the *Trustee's Motion to Approve Agreement with Wells Fargo Bank, National Association* (the "Motion"), filed by Robert Ogden Tyler (the "Trustee"), Trustee for the Bankruptcy Estate of Megan Elaine Smith Langley (the "Debtor"), to approve an agreement reached with Wells Fargo Bank, National Association, successor by merger to Wachovia Bank, National Association and Wachovia Financial Services, Inc. (the "Bank"), and it appearing that with respect to a certain Promissory Note dated May 21, 2007 in the original principal amount of $750,000.00 executed by JBMB Properties, LLC for the benefit of the Debtor (the "Note") that the Trustee and the Bank have agreed that the Trustee is authorized to pursue collection of all amounts due under the Note and the Trustee shall be entitled to retain 20 percent of the proceeds recovered for the benefit of the Debtor's Estate, with the Bank receiving the remaining 80 percent (the "Agreement"), and it appearing the proposed Agreement is just and proper and that this Court has the jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334, that the relief requested in the Motion, as granted herein, is in the best interests of the Debtor's bankruptcy estate, and that proper notice of the Motion has been provided to all necessary parties;

**IT IS ORDERED, ADJUGDED AND DECREED THAT:**

1. The Motion is granted as set forth herein.

2. The Agreement shall be and hereby is approved and the Trustee is hereby authorized to pursue and recover from all sources all amounts due and owing in connection with the Note, take all necessary actions to enforce and pursue any and all rights related thereto, retain 20 percent of all amounts recovered under the Note for the benefit of the estate and distribute to Wells Fargo the remaining 80 percent of the amounts recovered without any further order or relief of this Court, with such amounts distributed to Wells Fargo being deemed abandoned by the Trustee.

3. **THIS COURT SHALL RETAIN JURISDICTION TO RESOLVE ANY MATTERS ARISING FROM OR RELATED TO THIS CONSENT ORDER.**

Date: _____, 2012      _____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY COURT JUDGE

I ask for this:


/s/ Michael A. Condyles_____
**KUTAK ROCK LLP**
Michael A. Condyles (VSB No. 27807)
Jeremy S. Williams (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, VA  23219-3500
(804) 644-1700
　*Counsel for Robert Ogden Tyler, Trustee*

2

Seen and Agreed:


/s/ Richard L. Ferrell
Richard L. Ferrell, Esq.
Well Fargo Bank, National Association
Senior Counsel, Wells Fargo Law Department
MAC: D1053-300
One Wachovia Center
301 South College Street
Charlotte, NC 28288
(704) 374-4753
Licensed in Ohio
Not licensed in North Carolina or Virginia
Not admitted before this Court


**CERTIFICATE OF ENDORSEMENT**

I hereby certify that all necessary parties have endorsed this Order.


/s/ Michael A. Condyles
Counsel