**KUTAK ROCK LLP**
Michael A. Condyles  (VSB No. 27807)
Jeremy S. Williams  (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
(804) 644-1700
  *Counsel to Robert O. Tyler, Trustee*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION**

IN RE:  MEGAN ELAINE SMITH LANGLEY,                    Case No. 12-10097-BFK
                                                                                      Chapter  7

                                  Debtor.

**NOTICE OF INTENT TO SELL**

TO:  ALL CREDITORS AND PARTIES IN INTEREST:

   **PLEASE TAKE NOTICE** that Robert O. Tyler, Trustee for the bankruptcy estate of Megan Elaine Smith Langley (the 'Trustee"), subject to this notice and hearing thereon in the United States Bankruptcy Court, Alexandria Division, if a hearing is requested by a party in interest, intends to offer for sale, at public auction, on March 27, 2015 at 12:30 p.m., certain real property owned by JBMB Properties, LLC and known as 19357 and 19377 Forest Road, Lynchburg, Virginia (the "Property"), which sale is pursuant to an *Order of Sale* (as amended, modified or supplemented) entered by the Circuit Court for Bedford County, Virginia in connection with a Complaint filed by the Trustee to enforce a judgment lien against the Property. The Property will be sold to the highest bidder without further Bankruptcy Court approval at the location of the Property.

   A notice of sale of the Property was previously filed with the Court on November 25, 2015, noticing the existence of a 60 day option to purchase the Property and the intent to sell the Property if the option was exercised.  The option to purchase the Property was not exercised and the trustee is currently seeking to sell the Property pursuant to the auction sale referenced herein.

   Pursuant to an *Order Approving Agreement with Wells Fargo Bank, National Association* entered October 15, 2012 [Docket No. 68], eighty percent (80%) of the gross proceeds from the sale of the Property will be abandoned to Wells Fargo and the remaining twenty percent (20%) will be administered in the bankruptcy case, in which Wells Fargo holds an unsecured claim of $3,018,015.41.

   Questions may be directed to Trustee's counsel Michael A. Condyles, Esquire at (804) 343-5227.

   **Your rights may be affected.** You should read this Notice carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may

4849-9645-1105.1

wish to consult one.) If you oppose the granting of the sale of the Property at auction, or wish to apprise the Court of your views thereon, you or your attorney must:

File a written opposition with supporting memorandum as required by Local Bankruptcy Rule 9013-1(H) with the Court, on or before **21 days** of the date of this Notice at the address below, and simultaneously mail or deliver it to other parties as indicated.
File original with:

Clerk of the Court
U.S. Bankruptcy Court
200 S. Washington Street
Alexandria, Virginia 22314

Send Copies to:

United States Trustee, Region 4
115 S. Union Street, #P210
Alexandria, Virginia 22314

Robert O. Tyler, Esq.
Tyler Bartl Ramsdell & Counts
300 N. Washington Street, #202
Alexandria, Virginia 22314

**Unless a written response is filed and served by the date specified, the Court may decide that you do not oppose the sale of the Property, treat the proposed sale by auction as conceded, and issue an order approving the sale, if one is requested, without further notice or hearing.** If you mail your response to the Court for filing, you must mail it early enough so the Court will **receive** it on or before the date stated above. To comply with Rule 9013-1(H), your opposition and memorandum must be **received** by the Clerk prior to close of business on the above date.

Date: January23, 2015          By: /s/ Michael A. Condyles
                                            Counsel

_____

**KUTAK ROCK LLP**
Michael A. Condyles  (VSB No. 27807)
Jeremy S. Williams  (VSB No. 77469)
1111 East Main Street, Suite 800
Richmond, Virginia  23219-3500
(804) 644-1700

4849-9645-1105.1

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on January 23, 2015, I forwarded a true copy of the foregoing document via electronic means and/or first-class mail to all creditors and parties on the attached service list and to:

Jack Frankel, Esq.
Office of the U.S. Trustee
115 South Union Street, Ste. 210
Alexandria, VA 22314
jack.i.frankel@usdoj.gov
  *Office of the U.S. Trustee*

Robert O. Tyler, Esquire
Tyler, Bartl, Ramsdell & Counts, P.L.C.
300 North Washington Street, Suite 202
Alexandria, VA 22314
rtyler@tbrclaw.com
  *Trustee*

Megan Elaine Smith Langley
181 North Main Street
Mooresville, NC 28115
  *Pro se Debtor*


                                        /s/ Michael A. Condyles

4849-9645-1105.1

## SERVICE LIST

Absolute Collect Svc.
421 Fayetteville S, Ste. 600
Raleigh, NC 27601-0000

Ally Financial
P.O. Box 618
Minneapolis, MN 55440-0618

Arlene T. Starace, Esq.
Grenadier, Anderson, et al.
12359 Sunrise Valley Dr., #230
Reston, VA 20191-0000

Capital One, N.A.
P.O. Box 21887
Attn: Customer Service 0193
Eagan, MN 55121-0887

Carolinas Medical Center
P.O. Box 32861
Charlotte, NC 28232-0000

Direct TV
c/o Wood Law
11778 S Election D
Draper, UT 84020-0000

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH 43054-3025

Discover Financial Services
P.O. Box 30943
Salt Lake City, UT 84130-0000

Doreen Mattimiro, NP
Ashburn Sterling Int. Med.&Ped
19415 Deerfield Ave., Ste. 213
Lansdowne, VA 20176-0000

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

JCPenney Custom Decorating
304 Forum Drive
Columbia, SC 29229

Jeffrey M. Boggess
2005 Mount Vernon Road
Hurricane, WV 25526

Jeffrey M. Boggess
c/o Harris & Allen, PC
P.O. Box 1198, 1004 Court St.
Lynchburg, VA 24504-0000

Jennifer and Daniel Underwood
18407 Sydnor Hill Ct.
Leesburg, VA 20175-0000

Lake Norman Anesthesia Assoc.
131 Medical Park Rd., Ste. 308
Mooresville, NC 28117-0000

Lake Norman Reg. Med. Center
171 Fairview Road
Mooresville, NC 28117-0000

Lake Norman Reg. Med. Center
P.O. Box 281418
Atlanta, GA 30384-1418

Lynchburg General Hospital
c/o SCA Cred Svc.
1502 Williamson Rd.
Roanoke, VA 24012-0000

Madeline A. Trainor, Esquire
CYRON & MILLER LLP
100 N. Pitt Street, Suite 200
Alexandria, Virginia 22314

Mecklenburg Radiology Assoc.
P.O. Box 221249
Charlotte, NC 28222-1249

Mooresville PPM, LLC
P.O. Box 405832
Atlanta, GA 30384-5832

Presbyterian Hospital
c/o Med Data Sys.
1374 S. Babcock St.
Melbourne, FL 32901-0000

Radiology Imaging Assoc.
19455 Deerfield Ave.
Leesburg, VA 20176-0000

Ross Biro
20549 Wild Meadow Ct.
Ashburn, VA 20147

Ross Biro
c/o Madeline A. Trainor, Esq.
Cyron & Miller, LLP
100 N. Pitt St., #200
Alexandria, VA 22314

Treasurer, County of Loudoun, VA
Attn: Collections/Bankruptcy Div.
P.O. Box 347 (MSC #31)
Leesburg, VA 20178-0347

U.S. Trustee's Office
115 S. Union St., #210
Alexandria, VA 22314-0000

Wells Fargo Bank, National Association
c/o Christopher F. Snead, Vice President
1021 East Cary Street, 5th Floor
Special Assets Management VA 9648
Richmond, VA 23219

Well Fargo Bank, National Association
Attn: Richard L. Ferrell, Esq.
Senior Counsel, Wells Fargo Law Department
MAC: D1053-300
One Wachovia Center
301 South College Street
Charlotte, NC 28288